JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVI NATIONWIDE WHOLESALE, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00877-RGK(SSCx)<br>[Assigned to Hon. R. Gary Klausner]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, AVI NATIONWIDE WHOLESALE, INC., and Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice, and each party will bear its own costs and attorneys' fees.

Having considered the Stipulation and for good cause shows:

IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: 10/2/2025

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE